# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00720-CV

**Provenance Constructors, LLC; The Flats on South Congress, LLC; and
Suretec Partners, Ltd., Appellants**

**v.**

**Omega Dry Wall Company, Inc.; and Omega Framing, LLC, Appellees**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-002455, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. We grant the motion
and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

                                                Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Joint Motion

Filed: March 18, 2020